**Opinion issued November 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-23-00506-CV**

—————————————

**IN RE G. WESLEY URQUHART, G. WESLEY URQUHART, P.C., AND MARY ELIZABETH URQUHART, Relators**

———

**Original Proceeding on Petition for Writ of Mandamus**

———

## MEMORANDUM OPINION

Relators G. Wesley Urquhart, G. Wesley Urquhart, P.C., and Mary Elizabeth Urquhart have filed a petition for writ of mandamus, asking that we vacate the trial court's June 2, 2023 order vacating the final judgment signed on March 24, 2023.[1]

---

[1] The underlying case is *Richard Steven Calkins Individually and as Agent-in-Fact for Mary Olive Calkins v. G. Wesley Urquhart, G. Wesley Urquhart, P.C., and Mary Elizabeth Urquhart*, cause number 2011-21236, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.